**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  DEMARCUS RALLS,                                No. C 10-04732 CRB (PR)

10              Petitioner,                      ORDER DENYING REQUEST FOR
                                                 APPOINTMENT OF COUNSEL
11      v.

12  U.S. DISTRICT COURT,

13              Respondent(s).
                                          /

14

15         Petitioner's request for appointment of counsel is DENIED without prejudice.  See

16  Knaubert v. Goldsmith, 791 F.2d 722, 728 (9th Cir. 1986) (unless an evidentiary hearing is

17  required, the decision to appoint counsel in habeas corpus proceedings is within the

18  discretion of the district court).  Petitioner clearly presented his claims for relief in the

19  petition and an order to show cause issued.  Accord Bashor v. Risley, 730 F.2d 1228, 1234

20  (9th Cir. 1984) (although petitioner had no background in law, denial of appointment of

21  counsel within discretion of district court where petitioner clearly presented issues in petition

22  and accompanying memorandum).  The court will appoint counsel on its own motion if an

23  evidentiary hearing is later required.  See Knaubert, 791 F.2d at 728 (appointment of counsel

24  mandatory if evidentiary hearing is required).

25  SO ORDERED.

26  DATED:   May 11, 2011

27                                               CHARLES R. BREYER
                                                 United States District Judge
28

G:\PRO-SE\CRB\HC.10\Ralls, D1.denycsl.wpd